UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CARL BRAUN, derivatively on behalf of
ADVANCED BATTERY TECHNOLOGIES, INC.,

                 Index No. 11 Civ. 4383
        Plaintiff,

      v.

ZHIGUO FU, GUOHUA WAN, GUOPENG GAO,
HONGJUN SI, LIQUI BAI, JOHN MCFADDEN,
YULIN HAO, NING LI, SHAOQIN XIA,
SHIYAN YANG, COSIMO J. PATTI, and CHI
YUAN XUE,


        Defendants,

and,

ADVANCED BATTERY TECHNOLOGIES,
INC.,

        Nominal Defendant.
-------------------------------------------------------------------x

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

    Plaintiff Carl Braun and Defendants jointly move, pursuant to Federal Rule of Civil Procedure 23.1(c) for an order (a) preliminarily approving the parties' Stipulation of Settlement, dated August 8, 2013, a copy of which is annexed as Exhibit 1 to the accompanying Declaration of Shannon L. Hopkins ("Hopkins Declaration"); (b) approving the form of notice to be given to shareholders of Advanced Battery Technologies, Inc. ("Advanced Battery"); and (c) scheduling a hearing to consider final approval of the parties' derivative settlement. The Motion is based on the Stipulation of Settlement, the Hopkins Declaration, and the arguments and authorities cited in the memorandum of law accompanying this motion. A proposed preliminary approval order is

annexed to the Stipulation as Exhibit A. A copy of the proposed Notice is annexed to the Stipulation as Exhibit A-1.

Defendants and their counsel have reviewed this Motion and support it.

Dated: New York, New York
October 14, 2013

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **LEVI & KORSINSKY, LLP** | **MCLAUGHLIN & STERN, LLP** |
| /s/ Shannon L. Hopkins | /s/ Lee Shalov |
| Shannon L. Hopkins | Lee Shalov |
| 30 Broad Street, 24th Floor | 260 Madison Avenue |
| New York, New York 10004 | New York, New York 10016 |
| Tel: (212) 363-7500 | Tel: (212) 448-1100 |
| Fax: (212) 363-7171 | Fax: (212) 448-0066 |
| E-mail: shopkins@zlk.com | E-mail: lshalov@mclaughlinstern.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |